# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:12-cr-00072-MMD-CWH |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| MARVIN DUANE EVANS, *et al.*, ) | |
| Defendants. ) | |

This matter is before the Court on Defendant Marvin Duane Evan's Motion for a Court Order Requiring Nevada Southern Detention Center to Provide him Halal Meals (#47), filed February 12, 2013. Defendant has not provided any points or authorities in support of his request. Local Criminal Rule 47-9 provides that "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendant Marvin Duane Evan's Motion for a Court Order Requiring Nevada Southern Detention Center to Provide him Halal Meals (#47) is **denied without prejudice**.

DATED this 13th day of February, 2013.

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**