UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN DUANE EVANS, and<br>WILLIAM MORRIS EBRON,<br><br>Defendants. | 2:12-cr-072-MMD-CWH-1<br><br>**ORDER GRANTING DEFENDANT MARVIN DUANE EVANS' MOTION FOR A COURT ORDER REQUIRING NEVADA SOUTHERN DETENTION CENTER TO PROVIDE HIM HALAL MEALS** |

Based on Defendant Marvin Duane Evans's Motion for a Court Order Requiring Nevada Southern Detention Center to Provide Him Halal (Kosher certified) Meals, and good cause appearing,

IT IS HEREBY ORDERED that the Nevada Southern Detention Center shall provide inmate Marvin Duane Evans Halal (Kosher certified) meals.

DATED this 18th day of April, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE